# **<u>EXHIBIT H</u>**

February 13, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship and Immigration Services**

TAYLA A GEORGE
SHAHEEN GORDON PA
1155 ELM ST, STE. 300
MANCHESTER, NH 03101-1508



IOE0929576633

RE: LOANI MAYRONI RAMOS SANCHEZ
I-290B, Notice of Appeal or Motion



A▮▮▮▮▮739

## DECISION

On July 29, 2024, you filed Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant, on behalf of LOANI RAMOS SANCHEZ. On December 3, 2024, U.S. Citizenship and Immigration Services (USCIS) denied the Form I-360.

On January 6, 2025, USCIS received a motion to reopen and reconsider pursuant to Title 8, Code of Federal Regulations (CFR), §103.5(a).

Title 8, CFR, §103.5(a), states that motions must:

1. Be filed within 33 days of the adverse decision that the motion seeks to reopen;
2. Present new facts to be considered in the proceedings;
3. Present the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy; and
4. Be signed by the affected party (person with legal standing in the proceedings).

USCIS denied your Form I-360 for the following reason:

> You have provided USCIS with a copy of your FINDINGS OF FACT AND RULINGS OF LAW dated June 3, 2024 from the State of New Hampshire. Based on the evidence submitted, as well as USCIS records, your date of birth is September 11, 2003; therefore, it has been determined you were over the age of 18 at the time the court issued the order. You have not met your burden of proof showing this court exercised jurisdiction over you as a juvenile under State law pursuant to INA 101(a)(27)(J). See 8 CFR 204.11(a) and (c)(3)(i).
>
> The original petition of September 10, 2021 filed with the New Hampshire Circuit Court, 9th Circuit - Family Division - Manchester; is not a signed court order from a Juvenile Court in the

State of New Hampshire issued prior to you turning 18. Based on a review of the record, USCIS finds that you have not met your burden of proof in demonstrating your petition should be approved. Therefore, USCIS denies your Form I-360.

The evidence of record shows you are currently in removal proceedings with the Immigration Court. You must appear in Immigration Court for all scheduled hearings before the Immigration Judge.

This decision will become final unless you appeal it by filing a completed Form I-290B, Notice of Appeal or Motion. You must send the Form I-290B and all required documents including the appropriate filing fee to the USCIS Chicago Lockbox, located at P.O. Box 5510, Chicago, IL 60680-5510.

USCIS is unable to approve your motion for the following reason(s):

- The evidence you submitted with this motion does not overcome the reason(s) for the denial of your application or petition.
- The original petition of September 10, 2021 <u>filed</u> with the New Hampshire Circuit Court, 9th Circuit - Family Division - Manchester; is not a signed court order from a Juvenile Court in the State of New Hampshire issued prior to you turning 18. We can not accept the filing date as the date that the judge signed the court order.

It is hereby ordered that the motion to reopen and reconsider be dismissed. The decision to deny the petition is affirmed.

This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA-1061

## Attachment
## (Applicable Law/Regulations)

8 CFR § 103.5(a) Motions to reopen or reconsider in other than special agricultural worker and legalization cases

(1) When filed by affected party –(i) General. Except where the Board has jurisdiction and as otherwise provided in 8 CFR parts 3, 210, 242 and 245a, when the affected party files a motion, the official having jurisdiction may, for proper cause shown, reopen the proceeding or reconsider the prior decision. Motions to reopen or reconsider are not applicable to proceedings described in § 274a.9 of this chapter. Any motion to reconsider an action by the Service filed by an applicant or petitioner must be filed within 30 days of the decision that the motion seeks to reconsider. Any motion to reopen a proceeding before the Service filed by an applicant or petitioner, must be filed within 30 days of the decision that the motion seeks to reopen, except that failure to file before this period expires, may be excused in the discretion of the service where it is demonstrated that the delay was reasonable and was beyond the control of the applicant or petitioner. (ii) Jurisdiction. The official having jurisdiction is the official who made the latest decision in the proceeding unless the affected party moves to a new jurisdiction. In that instance, the new official having jurisdiction is the official over such a proceeding in the new geographical locations  (iii) Filing Requirements. A motion shall be submitted on Form I-290B and may be accompanied by a brief. It must be:(A) In writing and signed by the affected party or the attorney or representative of record, if any;(B) Accompanied by a nonrefundable fee as set forth in 8 CFR 106.2;(C) Accompanied by a statement about whether or not the validity of the unfavorable decision has been or is the subject of any judicial proceeding and, if so, the court, nature, date, and status or result of the proceeding;(D) Addressed to the official having jurisdiction; and(E) Submitted to the office maintaining the record upon which the unfavorable decision was made for forwarding to the official having jurisdiction.(iv) Effect of motion or subsequent application or petition. Unless the Service directs otherwise, the filing of a motion to reopen or reconsider or of a subsequent application or petition does not stay the execution of any decision in a case or extend a previously set departure date.

(2) Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because:(i) The requested evidence was not material to the issue of eligibility; (ii) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period; or (iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.

(3) Requirements for motion to reconsider. A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy. A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision.

(4) Processing motions in proceedings before the Service. A motion that does not meet applicable requirements shall be dismissed. Where a motion to reopen is granted, the proceeding shall be reopened. The notice and any favorable decision may be combined.